UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

NATIONAL ALLIANCE FOR
ACCESSIBILITY, INC., a Florida Non-
Profit Corporation, and DENISE PAYNE,
Individually,

        Plaintiffs,                          Case No. 7:11-CV-00056-GEC

vs.

VALLEY VIEW MALL SPE, LLC,
a Delaware Limited Liability Company,

        Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT.

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

**FOR THE DEFENDANT:**

_/s/ William M. Furr_
William M. Furr, Esq.
Bryan C. R. Skeen, Esq.
Wilcox & Savage
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
Telephone: (757) 628-5651
Facsimile: (757) 628-5651
wfurr@wilsav.com
bskeen@wilsav.com

Date: 10/19/11

**FOR THE PLAINTIFFS:**

_/s/ John P. Fuller_
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 609
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
and
Eric W. Reecher, Esq.
Elliott Lawson & Minor, P.C.
110 Piedmont Avenue, Suite 300
Bristol, VA 24201
Telephone: (276) 466-8400 x 207
Facsimile: (276) 466-8161
ereecher@elliottlawson.com

Date: 11/21/11