UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 30 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

NATIONAL ALLIANCE FOR
ACCESSIBILITY, INC., a Florida Non-
Profit Corporation, and DENISE PAYNE,
Individually,

    Plaintiffs,

vs.

VALLEY VIEW MALL SPE, LLC,
a Delaware Limited Liability Company,

    Defendant.
_____/

Case No. 7:11-CV-00056-GEC

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at _Roanoke, Virginia_, this _30th_ day of _November_, 2011.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record